IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: BILLY JOE ROPER, JR. AND<br>VANESSA GABRIELLE ROPER, DEBTORS | CASE NO.: 4:23-bk-10768<br>CHAPTER 7 |
| M. RANDY RICE, TRUSTEE | PLAINTIFF |
| v.     CASE NO. 4:23-ap-01024 | |
| LOGAN R. RIFFENBURG AND<br>CLAUDIA L. RIFFENBURG | DEFENDANTS |

## ORDER GRANTING IN PART SUMMARY JUDGMENT

M. Randy Rice ("Plaintiff") filed his *Motion for Summary Judgment, In Part* ("Motion") at docket entry 34. In response to the Motion, Logan R. Riffenburg and Claudia L. Riffenburg (collectively, "Defendants") filed their *Response to Motion for Summary Judgment and Cross Motion for Summary Judgment* ("Response and Cross Motion") at docket entry 44. Thereafter, Plaintiff filed his *Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment* ("Plaintiff's Reply") at docket entry 50. Plaintiff also filed his *Plaintiff's Response to Defendants' Cross Motion for Summary Judgment* ("Plaintiff's Response") at docket entry 52. At docket entry 53, Defendants filed their *Defendants' Reply to Plaintiff's Response to Defendant's Cross Motion for Summary Judgment* ("Defendants' Reply").

On November 14, 2024, this court heard the Motion, Response and Cross Motion, Plaintiff's Reply, Plaintiff's Response, and Defendants' Reply. Plaintiff appeared personally and on his own behalf. Defendants appeared by and through their counsel, Kevin P. Keech. At the conclusion of the hearing, the court issued its oral ruling.

Based upon the undisputed facts enumerated and the conclusions of law stated on the record and incorporated by reference herein pursuant to Federal Rule of Bankruptcy Procedure 7056, the Motion is hereby granted solely as to 11 U.S.C. § 544(a)(3). Plaintiff in his role as trustee enjoys the status of a bona fide purchaser for value without notice, and any transfer of property to Claudia L. Riffenburg is hereby void; the interest of Vanessa Gabrielle Roper constitutes and remains property of the estate. The Response and Cross Motion is therefore moot; any arguments therein, excepting those relating to 11 U.S.C. § 544(a)(3), are preserved.

IT IS SO ORDERED.

Dated this 18th day of November 2024.

_____
HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

cc.: M. Randy Rice
    Billy Joe Roper, Jr.
    Vanessa Gabrielle Roper
    Kevin P. Keech
    Logan R. Riffenburg
    Claudia L. Riffenburg
    All Interested Parties